# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ------------------------------------ X | | |
| DAVID TAWIL, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 3:15-cv-08747-FLW-LHG |
| v. | : : | |
| ILLINOIS TOOL WORKS INC. and SOUTH/WIN LTD. | : : : | |
| Defendants. | : : | |
| ------------------------------------ X | | |

## STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER THE COMPLAINT

It is hereby stipulated by and between the parties that the time for Defendants Illinois Tool Works Inc. and South/Win Ltd. to file an answer to the Complaint shall be extended to November 10, 2016.

**DLA PIPER LLP (US)**

By: */s James V. Noblett*
    James V. Noblett
    51 John F. Kennedy Parkway, Suite 120
    Short Hills, New Jersey 07078-2704
    james.noblett@dlapiper.com
    Phone: 973.520.2571
    Fax: 973.520.2551
    *Attorneys for Defendant*
    *Illinois Tool Works Inc.*

**BERGER & MONTAGUE, P.C.**

By: /s *Eric Lechtzin*
    Eric Lechtzin (NJ-011841992)
    1622 Locust Street
    Philadelphia, PA 19103
    elechtzin@bm.net
    Phone: (215) 875-3000
    Fax: (215) 875-4604
    *Attorneys for Plaintiff*

2

**GORDON & REES LLP**

By: */s Peter G. Siachos*
    Peter G. Siachos
    18 Columbia Turnpike, Suite 220
    Florham Park, New Jersey 07932
    pgsiachos@gordonrees.com
    Phone: 973.549.2500
    Fax: 973.377.1911
    *Attorneys for Defendant*
    *South/Win Ltd.*

So Ordered this ____ day of _____, 2016

                                                  _____
                                                  Lois H. Goodman
                                                  United States Magistrate Judge